UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABKCO MUSIC, INC., COLGEMS-EMI MUSIC, INC., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC, INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. *d/b/a* EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC. *d/b/a* EMI LONGITUDE MUSIC, EMI FEIST CATALOG INC., EMI ROBBINS CATALOG INC., EMI UNART CATALOG INC., JOBETE MUSIC CO. INC., SCREENGEMS-EMI MUSIC INC, STONE AGATE MUSIC, STONE DIAMOND MUSIC CORP., IMAGEM MUSIC LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., SONGS OF PEER, LTD., SPIRIT CATALOG HOLDINGS S.A.R.L., SPIRIT TWO MUSIC, INC., WARNTER-TAMERLANE PUBLISHING CORP, *and* WARNTER-TAMERLANE PUBLISHING CORP,

                  Plaintiffs,

              -*against*-

WILLIAM SAGAN, NORTON LLC, *and* BILL GRAHAM ARCHIVES, LLC *d/b/a* WOLFGANG'S VAULT, CONCERT VAULT, MUSIC VAULT, *and* DAYTROTTER,

                  Defendants.

**ORDER**

17-mc-00048 (ER)

RAMOS, D.J.

       John Michael Stipe filed a motion to quash a non-party subpoena for a deposition served upon him by Defendants and to enter a protective order barring the deposition.

2

Doc. 1.  This motion to quash is related to *ABKCO Music, Inc. et al v. Sagan et al*, 15-cv-04025, which was closed on July 12, 2024.

    Accordingly, since the related action is closed, the motion to quash is moot.  The Clerk of Court is respectfully directed to close the action.

    SO ORDERED.

Dated:   October 31, 2025
          New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.